Eugene A. Canter *v.* Township of Abington Zoning Hearing Board. Township of Abington, Appellant.

Argued April 6, 1979, before Judges WILKINSON, JR., BLATT and MACPHAIL, sitting as a panel of three. Reargued October 2, 1979, before President Judge BOWMAN, and Judges CRUMLISH, JR., WILKINSON, JR., ROGERS, BLATT, DISALLE and MACPHAIL. Judges MENCER and CRAIG did not participate.

*David M. Jordan,* for appellant.

*James L. Price,* for appellee.

PER CURIAM MEMORANDUM OPINION, October 15, 1979:

This case was decided by a panel of this Court on May 30, 1979, and is reported in 43 Pa. Commonwealth Ct. 132, 401 A.2d 1240 (1979). Reargument was granted before the Court en banc. After reargument we find no occasion to modify our opinion or order heretofore filed in this matter.